Lawrence H. Meuers (SBN 197663)
Steven M. De Falco (Fla. Bar No. 0733571)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| GRIMMWAY ENTERPRISES, INC. D/B/A GRIMMWAY FARMS, a California corporation, and NATURIPE FARMS, LLC f/k/a GLOBAL BERRY FARMS, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiffs,<br><br>    vs.<br><br>PIC FRESH GLOBAL, INC., a California corporation; and JEFFREY D. CASE, an individual,<br><br>            Defendants. | Case No.: 1:07-cv-109<br><br>ORDER ON THE STIPULATION FOR JUDGMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (7 U.S.C. § 499e) |

THIS CAUSE having come before this Court on the Stipulation for Judgment Under The Perishable Agricultural Commodities Act (7 U.S.C. §499e), filed by Plaintiffs, Grimmway Enterprises, Inc. d/b/a Grimmway Farms and Naturipe Farms, LLC f/k/a Global Berry Farms, LLC, and Defendants, PIC

PDF created with pdfFactory trial version www.pdffactory.com

Fresh Global, Inc. and Jeffrey D. Case. Having considered the Stipulation and being otherwise fully advised in the premises,

Accordingly, IT IS HEREBY ORDERED:

A. Grimmway Enterprises, Inc. d/b/a Grimmway Farms and Naturipe Farms, LLC f/k/a Global Berry Farms, LLC are valid trust beneficiaries of PIC Fresh under Section 5(c) of the PACA, 7 U.S.C. §499e(c), in the aggregate amount of $48,179.60, inclusive of interest and attorneys' fees as of the date of this Stipulation, for violation of PACA by failing to maintain PACA trust assets and pay Grimmway Farms and Naturipe Farms promptly under 7 U.S.C. §§499b(4) and (e)(c)(2).

B. Judgment is hereby entered in favor of Grimmway Enterprises, Inc. d/b/a Grimmway Farms and Naturipe Farms, LLC f/k/a Global Berry Farms, LLC and against Defendant, PIC Fresh Global, Inc., in the aggregate amount of $48,179.60, inclusive of interest and attorneys fees as of the date of this Order.

C. The Plaintiffs' claims against the Defendant, Jeffrey D. Case, are dismissed without prejudice.

D. The Temporary Restraining Order entered on January 29, 2007 is dissolved and rendered ineffective as to all Defendants.

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E.	This case shall be administratively closed with the Court retaining complete jurisdiction to reopen this case and to enforce the terms of this Order upon application by the Plaintiffs.

**IT IS SO ORDERED** in Chambers at Fresno, California this 2nd day of February, 2007.

/s/ Oliver W. Wanger
Honorable Oliver W. Wanger
United States District Court Judge

**Proposed Order on the Stipulation for Judgment under the Perishable Agricultural Commodities Act (7 U.S.C. §499e)**

Page 3

PDF created with pdfFactory trial version www.pdffactory.com