Case 1:07-cv-00109-OWW-TAG   Document 27   Filed 08/15/2007   Page 1 of 2

Grimmway Enterprises, Inc. v. PIC Fresh Global, Inc., et al.                                                              Doc. 27

1  Lawrence H. Meuers (SBN 197663)
2  Steven M. De Falco (Fla. Bar No. 0733571)
   MEUERS LAW FIRM, P.L.
3  5395 Park Central Court
   Naples, FL 34109
4  Telephone: (239) 513-9191
5  Facsimile: (239) 513-9677

FILED
AUG 1 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GRIMMWAY ENTERPRISES, INC. D/B/A GRIMMWAY FARMS, a California corporation, and NATURIPE FARMS, LLC f/k/a GLOBAL BERRY FARMS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>PIC FRESH GLOBAL, INC., a California corporation; and JEFFREY D. CASE, an individual,<br><br>Defendants. | Case No.: 1:07-cv-109<br><br>ORDER FOR FINAL JUDGMENT AND TO REOPEN CASE AGAINST JEFFREY D. CASE |

This Court is presented with Plaintiffs' Motion for Final Judgment and to Reopen Case against Jeffrey D. Case. Having reviewed the file and being otherwise duly advised in the premises, *defendants' default having been established to the satisfaction of the court.*

IT IS HEREBY ORDERED AND ADJUDGED THAT:

A.  Plaintiffs' Motion for Final Judgment and to Reopen Case against Jeffrey D. Case is granted;

B.  Final Judgment is entered in favor of Grimmway Enterprises, Inc.,

[Proposed] Order for Final Judgment and to Reopen Case against Jeffrey D. Case                                      Page 1

            d/b/a Grimmway Farms and against PIC Fresh Global, Inc. in the amount of $4,922.05;

C.    Final Judgment is entered in favor of Naturipe Farms, LLC f/k/a Global Berry Farms, LLC and against PIC Fresh Global, Inc. in the amount of $7,314.32;

D.    The case against Jeffrey D. Case is reopened;

E.    Plaintiffs shall serve upon Jeffrey D. Case a copy of this Order, together with the Civil Action Complaint by personal service, including by facsimile transmission or federal express, within seven (7) days of this Order. Such service shall be deemed good and sufficient.

F.    Jeffrey D. Case shall file an Answer or any responsive papers within twenty (20) days from the date of service. Should Jeffrey D. Case fail to file an Answer within this period of time, Plaintiffs shall be entitled to immediate and ex-parte entry of a Default Judgment against Jeffrey D. Case.

**IT IS SO ORDERED** in Chambers at Fresno, California this 14th day of August, 2007.

_____
Honorable Oliver W. Wanger
United States District Court Judge

Copies Furnished to:
Grimmway Enterprises, Inc., d/b/a Grimmway Farms
Naturipe Farms, LLC f/k/a Global Berry Farms, LLC
c/o Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109


PIC Fresh Global, Inc.
Jeffrey D. Case
7701 Palodura Ct.
Bakersfield, CA 93308

[Proposed] Order for Final Judgment and to Reopen Case against Jeffrey D. Case     Page 2