Lawrence H. Meuers (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| GRIMMWAY ENTERPRISES, INC. D/B/A GRIMMWAY FARMS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> PIC FRESH GLOBAL, INC., *et al.*, <br><br> Defendants. | Case No.: 1:07-cv-109 <br><br> Hearing: <br> Date: April 6, 2009 <br> Time: 10:00 a.m. <br> Judge: Oliver W. Wanger |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS THEIR CLAIMS AGAINST JEFFREY CASE WITH PREJUDICE

Before this Court is Plaintiffs' Motion to Dismiss their claims against Jeffrey Case with Prejudice. Upon careful consideration of the Motion, and any opposition thereto, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs' Motion to Dismiss with Prejudice is GRANTED; and

PDF created with pdfFactory trial version www.pdffactory.com

2.  Plaintiffs' claims against Jeffrey Case are dismissed with prejudice.

**IT IS SO ORDERED** in Chambers at Fresno, California this ____ day of April 6, 2009.

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com